IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ADAM FINLEY                                                                PLAINTIFF

v.                              No. 3:18-cv-60-DPM

THE CITY OF WALNUT RIDGE,
ARKANSAS; MAYOR CHARLES
SNAPP, Individually and in his
Official Capacity; OFFICER MATTHEW
MERCADO, Individually and in his
Official Capacity; OFFICER MATT
COOK, Individually and in his Official
Capacity; and CHIEF CHRIS KIRKSEY,
Individually and in his Official Capacity                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 31 May 2019 to enforce the parties' settlement.

*D.P. Marshall Jr.*
United States District Judge

29 April 2019